NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

JONES PACKING COMPANY,
Respondent.

No. 17934.

United States Court of Appeals
Sixth Circuit.

June 21, 1968.

Joseph A. Yablonski, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Gary Green, Marsha Swiss, Attys., N. L. R. B.,

Washington, D. C., on brief, for petitioner.

Joseph A. Yocum, Evansville, Ind., Arthur R. Donovan, Harry P. Dees, Joseph A. Yocum, Evansville, Ind., on brief; Kahn, Dees, Donovan & Kahn, Evansville, Ind., of counsel, for respondent.

Before WEICK, Chief Judge, and PHILLIPS and EDWARDS, Circuit Judges.

PER CURIAM.

On review of this entire record, this court finds substantial evidence to support the findings of § 8(a) (1) and § 8 (a) (5) violations of the National Labor Relations Act, 29 U.S.C. § 158 (1964). NLRB v. Winn-Dixie Stores, Inc., 341 F.2d 750 (6th Cir.), cert. denied, 382 U. S. 830, 86 S.Ct. 69, 15 L.Ed.2d 74 (1965); NLRB v. Cumberland Shoe Corp., 351 F. 2d 917 (6th Cir. 1965); NLRB v. Delight Bakery, Inc., 353 F.2d 344 (6th Cir. 1965).

Enforcement of the Board's order is granted.